IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02829-CMA-KLM

SHAWN CAMP,

    Plaintiff,

v.

SAM'S WEST, INC.,

    Defendant.

---

**ORDER TO DISMISS CLAIMS WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion to Dismiss Claims with Prejudice (Doc. # 19). The Court, having reviewed the pleading and being fully advised in the premises, finds sufficient cause to grant the parties' request. It is, therefore,

ORDERED that the Plaintiff's age discrimination and sexual harassment claims are DISMISSED WITH PREJUDICE.

DATED: July __31__, 2012

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge