IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02829-CMA-KLM

SHAWN CAMP,

    Plaintiff,

v.

SAM'S WEST, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulated Motion to Dismiss With Prejudice (Doc. # 23), signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action is DISMISSED WITH PREJUDICE, each party to pay his or its respective attorneys' fees and costs.

DATED:  September __13__, 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge